IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

JEFFREY PAUL BLAKE SARGENT,

        **Plaintiff,**

v.

OTTOWA COUNTY COURTHOUSE, et al.,

        **Defendants.**

Case No. 21-cv-00300-JFH-CDL

**OPINION AND ORDER**

On July 22, 2021, Plaintiff filed a *pro se* Complaint [Dkt. No. 1], and a Motion to Proceed *In Forma Pauperis* [Dkt. No. 2]. In reliance upon the representations and information set forth in Plaintiff's Motion, the Court granted the Motion. *See* Dkt. No. 3.

Plaintiff alleges that he is a resident of Commerce, Oklahoma and brings his action against numerous defendants. *See* Dkt. No. 1. Plaintiff brings a *Bivens* claim and a § 1983 claim against these defendants. *Id.* Plaintiff's Complaint includes pages of allegations connected to the loss of his job on "July 15, 2018 or 2019" and an alleged "underground lifestyle that [his] unemployment went to an unknown account . . . ." *Id.* at 7. Further, Plaintiff alleges he has a microchip in his body and has sought help from numerous health care providers. *See id.* at 7-9. Plaintiff has also sought help from various courts. *See id.* at 10. Based on the perceived failure to receive satisfactory help, Plaintiff has filed this suit contending he has been injured. *See id.* at 11. Specifically, he states:

> [S]ustained my emotional break downs through out time frame 2018-2021 realizing approximately January of 2020 I was microchipped and had technology all around me causing very edgy thoughts geared toward suicide, and aggressional thoughts leading to bad perschal communication by confritation when understood how to approach the situation got constipated several times for four months where the

> doctors did not give medication or do a emergency bowl amdectomy where I was constipated for multiple time by 8 days or more.

*Id.* at 11.  Plaintiff requests the following relief:

> I want the Court to honor they never had a federal meeting with me relating all health records from 90's to current year, and giving a proper conversation of what fellowship program I was listed in with life and what I still qualify for, full justice that my life did during the years of 2018-2021 by credit and respect.  Also, to be given the financial statements my life has worked for to get myself and family moving forward with life.  Most certainly I need a letter to force a certain doctor to remove a microchip.  If qualify need deeds to allowed business.

*Id.*

Under 28 U.S.C. § 1915(a), a federal district may allow a person to commence a civil action without prepayment of costs or fees and, although the statute references "prisoners," the Tenth Circuit has determined that the requirements of § 1915 apply to all persons seeking to proceed *in forma pauperis*.  *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).  Section 1915(e)(2) requires the district court to dismiss a case if at any time the court determines "the action . . . (i) is frivolous or malicious [or] (ii) fails to state a claim on which relief may be granted . . . ."

The Court has reviewed Plaintiff's Complaint and finds that he has failed to state a claim on which relief may be granted.  Plaintiff has failed to allege facts supporting a cognizable *Bivens* claim or § 1983 claim.  Therefore, the case should be dismissed under 28 U.S.C. § 1915(e)(2).

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint [Dkt. No. 1] is **DISMISSED** under 28 U.S.C. § 1915(e)(2) for failure to state a claim.

DATED this 29th day of July, 2021.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE